## RICHARDSON v. STATE. ·
### No. 17359.

Court of Criminal Appeals of Texas.
Feb. 27, 1935.

Haynes Shannon, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for felony theft; punishment assessed being two years in the penitentiary. The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.